UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BACA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRIOT NATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03508-SK<br><br>**ORDER TO SHOW CAUSE** |

On January 31, 2018, Defendants Patriot National, Inc. and Contego Services Group, LLC filed notice of petitions for bankruptcy in the United States Bankruptcy Court. (Dkt. No. 40.) Pursuant to 11 U.S.C. § 362(a), the filing of the petitions operate as a stay as to all actions against Patriot National, Inc. and Contego Services Group, LLC.

On February 12, 2018, a case management conference, motion to withdraw as counsel and motion to dismiss remain on calendar. The motion to dismiss pertains to the claims asserted against Defendant Toni Gott. At the conference, the parties shall be prepared to show cause as to what effect, if any, the stay has with regard to the case against Ms. Gott. In particular, the parties should address whether the case may proceed against Ms. Gott.

**IT IS SO ORDERED**.

Dated: February 6, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge